# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | 8:21-cv-02001-CJC-JDE |
| Title | Priya Xavier et al v. Donna P. Campagnolo et al |
| Date | January 26, 2022 |

**Present: The Honorable** CORMAC J. CARNEY, UNITED STATES DISTRICT COURT JUDGE

| Elsa Vargas for Rolls Royce Paschal | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL

The Court, having been advised by the Plaintiffs that this action has been resolved by a Notice of Voluntary Dismissal [9], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

                                                                                      -     :    -

Initials of Deputy Clerk     eva/rrp